UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

JENNIFER MOYNIHAN,

                Defendant.

------------------------------------------------------------x

**ORDER**
11 CR 991 (KMW)

KIMBA M. WOOD, District Judge:

    Ms. Jennifer Moynihan has applied to this Court to seal a portion of her criminal record (Doc. #196.) The statute she invokes, NY CPL §160.59, does not apply to the federal conviction she seeks to expunge; it applies only to convictions in New York State courts. The motion is DENIED.

SO ORDERED.

Dated: New York, New York
         September 11, 2023

                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE